PITTA & DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 652-3890
*Attorneys for Defendants*
*New York Hotel and Motel Trades Council, AFL-CIO and*
*Peter Ward, President of New York Hotel and Motel Trades Council, AFL-CIO*

Barry N. Saltzman (BS 6533)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TRAN DINH TRUONG, INDIVIDUALLY AND :
ON BEHALF OF ALPHONSE HOTEL CORP. : Case No. 07-Civ-11383
d/b/a THE HOTEL CARTER, :
 :
          Plaintiffs, :
 : **AFFIDAVIT OF SERVICE OF**
     -against- : **NOTICE OF REMOVAL**
 :
NEW YORK HOTEL & MOTEL :
TRADES COUNCIL, AFL-CIO, THE OFFICE OF :
THE IMPARTIAL CHAIRMAN, AND PETER :
WARD, :
 :
          Defendants. :
 :
------------------------------X

COUNTY OF NEW YORK  )
                    ):ss:
STATE OF NEW YORK   )

    MARTIN BRECH, being duly sworn, deposes and says:

    I am over eighteen years of age, not a party to this action, and reside in Carmel, New York. On December 19, 2007, I served by Federal Express next-day delivery true copies of the *Notice of Removal, Civil Cover Sheet, 7.1 Statement, Individual Practices of Judge Richard J. Holwell* and *Individual Practices of Judge Francis* on:

{00314857.DOC;}

Gregory G. Calabro, Esq.
CALABRO & ASSOCIATES P.C.
1412 Broadway
Suite 1504
New York, New York 10018
*Attorneys for Plaintiff*

and:

The Office of the Impartial Chairperson
321 West 44th Street
New York, New York 10036
*Defendant*

and by hand delivery on:

The Supreme Court of the State of New York
New York County
60 Centre Street
New York, New York 10007

_____
Martin Brech

So sworn before me this
20th day of December 2007

_____
Notary Public

Karen C. Joseph
Notary Public, State of New York
No. 01JO5054719
Qualified in Nassau County
Comm. Expires January 22, ~~2008~~ 2010

{00314857.DOC;}                                2