PITTA & DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 652-3890
*Attorneys for Defendants*
*New York Hotel and Motel Trades Council, AFL-CIO and*
*Peter Ward, President of New York Hotel and Motel Trades Council, AFL-CIO*

Barry N. Saltzman (BS 6533)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TRAN DINH TRUONG, INDIVIDUALLY AND :
ON BEHALF OF ALPHONSE HOTEL CORP.  :   Case No. 07-Civ-11383
d/b/a THE HOTEL CARTER,            :
                                   :
           Plaintiffs,             :
                                   :   NOTICE OF APPEARANCE
    -against-                      :
                                   :
NEW YORK HOTEL & MOTEL             :
TRADES COUNCIL, AFL-CIO, THE OFFICE OF :
THE IMPARTIAL CHAIRMAN, AND PETER  :
WARD,                              :
                                   :
           Defendants.             :
                                   :
------------------------------X

  PLEASE TAKE NOTICE that on behalf of Defendants NEW YORK HOTEL & MOTEL-TRADES COUNCIL, AFL-CIO ("Union") and PETER WARD, President of the Union, the undersigned attorney appears as co-counsel of record.

  PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

{00315314.DOC;}

Dated: New York, New York
       December 21, 2007

                        Respectfully submitted,

                        PITTA & DREIER LLP
                        *Attorneys for Defendants*
                        *New York Hotel and Motel Trades Council, AFL-CIO and Peter Ward, President of New York Hotel and Motel Trades Council, AFL-CIO*

                        By: _____
                            Michael J. D'Angelo (MD 3030)
                        499 Park Avenue
                        New York, New York 10022
                        (212) 652-3890