Laurent S. Drogin (LD-4770)
Rachel S. Fleishman (RF-5080)
**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant*
The Office of the Impartial Chairman
1350 Broadway
New York, New York 10018
(212) 216-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TRAN DINH TRUONG, et al.,

                Plaintiffs,

      -against-

NEW YORK HOTEL & MOTEL TRADES
COUNCIL, et al.,

                Defendants.
----------------------------------------------------------x

1:07-CV-11383 (RJH)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Tarter Krinsky & Drogin LLP has been retained as attorneys for Defendant, The Office of the Impartial Chairman, in the above referenced action and respectfully request that all papers be served upon the undersigned at the address set forth below. The undersigned attorneys, Laurent S. Drogin and Rachel S. Fleishman, are admitted to practice in this Court.

Dated:  New York, New York
           December 21, 2007

                                   TARTER KRINSKY & DROGIN LLP

                                   By: /s/ Rachel Fleishman
                                   Laurent S. Drogin (LD-4770)
                                   Rachel S. Fleishman (RF-5080)
                                   *Attorneys for Defendant*
                                   The New York Mortgage
                                   Company, LLC
                                     1350 Broadway – 11th Floor
                                   New York, NY  10018
                                   Tel: (212) 216-8000
                                   Fax: (212)216-8001

Laurent S. Drogin (LD-4770)
Rachel S. Fleishman (RF-5080)
**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant*
The Office of the Impartial Chairman
1350 Broadway
New York, New York 10018
(212) 216-8000


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRAN DINH TRUONG, et al.,          :
                                   :   1:07-CV-11383 (RJH)
                    Plaintiffs,    :
                                   :   **CERTIFICATE OF SERVICE**
         -against-                 :
                                   :
NEW YORK HOTEL & MOTEL TRADES      :
COUNCIL, et al.,                   :
                                   :
                    Defendants.    :
-----------------------------------------------------------------x

I, Rachel S. Fleishman, hereby certify that:

On December 18, 2007, I caused to be served the within **Notice of Appearance** by filing with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following party and participant:

> BARRY NEAL SALTZMAN
> Pitta & Dreier LLP
> 499 Park Avenue
> New York, NY 10022
> Tel: 212-328-6100
> Fax: 212-328-6101
> email: bsaltzman@dreierllp.com
> *Attorneys for Defendant New York Hotel &*
> *Motel Trades Council, AFL-CIO*
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*

{Client\000999\ad104\00112115.DOC;1}

MICHAEL JAMES D'ANGELO
Pitta & Dreier LLP
499 Park Avenue
New York, NY 10022
Tel: 212-328-6100
Fax: 212-328-6101
email: bsaltzman@dreierllp.com
*Attorneys for Defendant New York Hotel &*
*Motel Trades Council, AFL-CIO*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


and, via First Class Mail:

GREGORY G. CALABRO
Calabro & Associates, P.C.
1412 Broadway, Suite 1504
New York, NY 10018
Tel: 646-688-6095
*ATTORNEYS FOR PLAINTIFF, TRAN DINH TRUONG*


Dated: New York, New York
       December 21, 2007

                                              _Rachel Fleishman_
                                              Rachel S. Fleishman

{Client\000999\ad104\00112115.DOC;1}