PITTA & DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 652-3890
*Attorneys for Respondent/Third-Party Plaintiff*
*New York Hotel and Motel Trades Council, AFL-CIO*

Barry N. Saltzman (BS 6533)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

TRAN DINH TRUONG, individually and of
Behalf of ALPHONSE HOTEL CORP. d/b/a
HOTEL CARTER,

    Plaintiff,

 -against-

NEW YORK HOTEL & MOTEL
TRADES COUNCIL, AFL-CIO, and
THE OFFICE OF THE IMPARTIAL
CHAIRMAN and PETER WARD,

    Defendants.

------------------------------------X

Case No. 1:07-Civ-11383 (RJH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
        ) s.s.
COUNTY OF NEW YORK )

 Michelle Williams, being duly sworn, deposes and says:

 That deponent is not a party to this action, is over eighteen years of age and resides in North Brunswick, New Jersey.

1

{00315743.DOC;}

That on the **26th day of December, 2007** deponent served by regular mail the within **ANSWER AND COUNTERCLAIMS** thereof upon:

**Gregory G. Calabro, Esq.**
Attorneys for Plaintiffs
1412 Broadway, Suite 1504
New York, New York 10018

**Rachel S. Fleishman, Esq.**
Attorneys for the Office of the Impartial Chairperson
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, New York 10018

_____
Michelle Williams

Sworn to before me this
26th day of December, 2007

_____
Notary Public

DEBORAH J. BOBB
NOTARY PUBLIC, State of New York
No. 02BO4955367
Qualified in Queens County
Commission Expires Aug. 28, 2029

2                                                                {00315743.DOC;}