Laurent S. Drogin (LD-4770)
Rachel S. Fleishman (RF-5080)
**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant*
*The Office of the Impartial Chairman*
1350 Broadway – 11th Floor
New York, New York 10018
(212) 216-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| TRAN DINH TRUONG, *et al.*, | : |
| | : 1:07-CV-11383 (RJH) |
| Plaintiffs, | : |
| | : |
| -against- | : **RULE 7.1 STATEMENT** |
| | : |
| NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO, *et al.*, | : |
| | : |
| Defendants. | : |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant THE OFFICE OF THE IMPARTIAL CHAIRPERSON ("OIC") (s/h/a THE OFFICE OF THE IMPARTIAL CHAIRMAN) certifies as follows: OIC is a private non-governmental entity without any corporate parents, affiliates and/or subsidiaries.

Dated: New York, New York
       December 27, 2007

                                                   **TARTER KRINSKY & DROGIN LLP**
                                                 *Attorneys for Defendant OIC*

                                                 By: s/ Laurent S. Drogin_____
                                                      Laurent S. Drogin (LD-4770)
                                                 1350 Broadway – 11th Floor
                                                 New York, NY 10018
                                                 Tel. (212) 216-8000
                                                 Fax (212) 216-8001

00113380.DOC