CALABRO & ASSOCIATES, P.C.
1412 Broadway, Suite 1504
New York, New York 10018
(646) 688-6095
*Attorneys for Plaintiff/Third Party Defendant*

Gregory G. Calabro, Esq.  (GGC 7169)
Cathy O'Donnell, Esq.     (COD 0973)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAN DINH TRUONG, individually and on behalf of     Case No.: 1:07-Civ-11383(RJH)
ALPHONSE HOTEL CORP. d/b/a
THE HOTEL CARTER,

                               Plaintiff,

   -against-                                    NOTICE OF
                                                     APPEARANCE

NEW YORK HOTEL & MOTEL TRADES COUNCIL,
AFL-CIO, THE OFFICE OF THE IMPARTIAL
CHAIRMAN, and PETER WARD,

                               Defendants.
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff/Third Party Defendant Tran Dinh Truong, individually and on behalf of Alphonse Hotel Corp. d/b/a The Hotel Carter.

I certify that I am admitted to practice in this court.

Date:  New York, New York
       January 18, 2008

                                                                             _____
                                                                             Cathy O'Donnell, Esq. (COD 0973)
                                                                             Calabro & Associates, P.C.
                                                                             1412 Broadway
                                                                             Suite 1504
                                                                             New York, NY 10018
                                                                             Phone: (646) 688-6095
                                                                             Fax:   (646) 688-6096

To:  Pitta & Dreier LLP
Attn.: Barry N. Saltzman, Esq.
499 Park Avenue
New York, New York 10022
(212) 652-3827

Tarter Krinsky & Drogin LLP
Attn.: Laurent S. Drogin, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000