UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAN DINH TRUONG, individually and on behalf of   Case No.: 1:07-Civ-11383(RJH)
ALPHONSE HOTEL CORP. d/b/a
THE HOTEL CARTER,

                        Plaintiff,

   -against-                                      AFFIDAVIT OF SERVICE

NEW YORK HOTEL & MOTEL TRADES COUNCIL,
AFL-CIO, THE OFFICE OF THE IMPARTIAL
CHAIRMAN, and PETER WARD,

                        Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK   )
                           )   ss:
COUNTY OF NEW YORK )

      KATHERINE HELBIG, being duly sworn, deposes and states:

1.    I am not a party to this action.  I am over 18 years of age and reside in Richmond County, New York.

2.    On January 18, 2008, I served the NOTICE OF APPEARANCE by depositing a true copy thereof enclosed in a post-paid wrapper, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following person(s) at the last known address set forth after each name:

    Pitta & Dreier LLP
    Attn.: Barry N. Saltzman, Esq.
    499 Park Avenue
    New York, New York 10022
    (212) 652-3827

    Tarter Krinsky & Drogin LLP
    Attn.: Laurent S. Drogin, Esq.
    1350 Broadway, 11th Floor
    New York, New York 10018
    (212) 216-8000

Dated: New York, New York
       January 18, 2008

                                                                                           _____
                                                                                           KATHERINE HELBIG

Sworn before me this
18th day of January, 2008

_____
NOTARY PUBLIC

Ricardo Vera
Notary Public, State of New York
Qualified in Kings County
02VE6179242
My commission expires on December 24, 2011