STERN & KILCULLEN, LLC
75 Livingston Avenue
Roseland, NJ 07078
(973) 535-1900
*Attorneys for Defendant*
*The Office of the Impartial Chairman*

Herbert J. Stern (HS 3169)
Joel M. Silverstein (JS 5704)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

TRAN DINH TRUONG, individually and on behalf
of ALPHONSE HOTEL CORP. d/b/a HOTEL
CARTER,

          Plaintiff,

- against -

NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO, and THE OFFICE OF THE
IMPARTIAL CHAIRMAN and PETER WARD,

          Defendants.

------------------------------------------------x

Case No. 1: 07-Civ-11383 (RJH)

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

    IT IS HEREBY STIPULATED AND AGREED, subject to leave of the Court, that the law firm Stern & Kilcullen, 75 Livingston Avenue, Roseland, New Jersey 07068, be substituted as attorneys of record for Defendant The Office of the Impartial Chairman in the place of Tarter Krinsky & Drogin LLP, 1350 Broadway – 11th Floor, New York, NY 10018, as of the date below.

Dated:    Roseland, New Jersey
           January 17, 2008

                                        STERN & KILCULLEN, LLC

                                        By: _____
                                              Joel M. Silverstein (JS 5704)

RECEIVED JAN 25 2008 CHAMBERS OF RICHARD J. HOLWELL

75 Livingston Avenue
Roseland, NJ 07068
(973) 535-2608

*Incoming Attorneys for Defendant
The Office of the Impartial Chairman*


TARTER KRINSKY & DROGIN LLP

By: _____
   Laurent S. Drogin (LD 4770)

1350 Broadway – 11th Floor
New York, NY 10018
(212) 216-8000

*Withdrawing Attorneys for Defendant
The Office of the Impartial Chairman*


The Office of the Impartial Chairman

By _____
   Lori Pobiner
   Office Administrator


   1/17/08
   _____
   DATE


SO ORDERED:
_____
U.S.D.J.  1-25-08