UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRAN DINH TRUONG, ET AL.,

        Plaintiffs,

  - against -                                  2007 Civ. 11383(RJH)

NEW YORK HOTEL & MOTEL TRADES           **ORDER**
COUNCIL, AFL-CIO, ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Defendants' proposed Rule 12(c) motion will be discussed at the initial conference scheduled for March 14, 2008 at 11:30 a.m. Plaintiffs shall respond to the January 25, 2008 letter from defendants' counsel and present its initial position regarding the proposed motion in a letter to be submitted to the Court by February 28, 2008.

SO ORDERED.

Dated: New York, New York
       February 15, 2008

                                                      Richard J. Holwell
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08