UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| TRAN DINH TRUONG, individually and on behalf of ALPHONSE HOTEL CORP. d/b/a HOTEL CARTER,<br><br>                  Plaintiff,<br><br>      - against -<br><br>NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO, and THE OFFICE OF THE IMPARTIAL CHAIRMAN and PETER WARD,<br><br>                  Defendants. | Case No. 1:07-Civ-11383 (RJH)<br><br>**NOTICE OF MOTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   PLEASE TAKE NOTICE that, pursuant to the Joint Scheduling Order in this action "so ordered" on March 14, 2008, and upon the accompanying Memorandum of Law, Defendant The Office for the Impartial Chairman ("OIC"), will move before the Honorable Richard J. Holwell, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), dismissing plaintiffs' claims against OIC in their entirety and with prejudice, and granting such further relief as the Court may deem just and proper.

Dated: March 31, 2008

                    s/ Joel M. Silverstein
                    Herbert J. Stern (HS3169)
                    Joel M. Silverstein (JS5704)
                    Stern & Kilcullen, LLC
                    75 Livingston Avenue
                    Roseland, New Jersey 07068
                    (973) 535-1900

                    *Counsel for Defendant OIC*

2

TO:    Gregory G. Calabro, Esq.
CALABRO & ASSOCIATES. P.C.
1412 Broadway, Suite 1504
New York, NY 10018
(646) 688-6095

*Counsel for Plaintiffs*

Barry Saltzman, Esq.
PITTA & DRIER LLP
499 Park Avenue, 15th Floor
New York, NY 10022
(212) 652-3890

*Counsel for Defendants Union
 & Peter Ward*

2