**CALABRO & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
1412 BROADWAY
SUITE 1504
NEW YORK, NY 10018

GREGORY G. CALABRO
CATHY O'DONNELL
RICARDO M. VERA

(646) 688-6095
FAX (646) 688-6096



APR 28 2008

April 28, 2008

By Facsimile Transmittal (212) 805-7948

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

Re: Tran Dinh Truong, individually and on behalf of Alphonse Hotel Corp. d/b/a Hotel Carter v. New York Hotel & Motel Trades Council, AFL-CIO, The Office of the Impartial Chairman and Peter Ward, Case No. 1:07-Civ-11383 (RJH)

Dear Judge Holwell :

My firm represents Plaintiff in the above referred matter. I am writing this letter to respectfully request an extension of the deadlines, pursuant to the Scheduling Order filed March 14, 2008, for Plaintiff's opposition to: (i) the Union's and Peter Ward's motion for judgment on the pleadings; (ii) the Impartial Chairman's motion for judgment on the pleadings; and (iii) the Union's motion for sanctions.

This request is predicated on the fact that a number of personal events, coupled with a junior associate's temporary medical leave, has resulted in a backlog of work for my office and, notably, myself. As such, I respectfully request that the due dates for Plaintiff's opposition papers to all three (3) motions be extended to May 15, 2008. Of course, the Defendants' reply may be extended accordingly. *Reply by May 23, 2008*

Should you have any questions or comments, please feel free to contact me.

Thank you for Your Honor's consideration in this matter.

SO ORDERED

[signature]
USDJ
4/29/08

Respectfully yours,

Cathy O'Donnell
Cathy O'Donnell
(CO0973)

CALABRO & ASSOCIATES, P. C.
ATTORNEYS AT LAW

*Honorable Richard J. Holwell*
*Page 2 of 2*

cc:  *VIA FACSIMILE (212) 652-3891*
Joel Michael Silverstein, Esq.
Stern & Kilcullen
75 Livingston Ave.
Roseland, NJ 07068
*Counsel for Defendant*
*The Office of the Impartial Chairman*

*VIA FACSIMILE (212) 328-6101*
Barry Neal Saltzman, Esq.
Pitta & Drier, LLP
499 Park Avenue, 15th Floor
New York, NY 10022
(212) 652-3890
*Counsel for Defendants New York Hotel*
*& Motel Trades Counsel, AFL-CIO and*
*Peter Ward*