UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| TRAN DINH TRUONG, individually and on behalf of ALPHONSE HOTEL CORP. d/b/a HOTEL CARTER,<br><br>          Plaintiff,<br><br>    - against -<br><br>NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO, and THE OFFICE OF THE IMPARTIAL CHAIRMAN and PETER WARD,<br><br>          Defendants. | Case No. 1:07-Civ-11383 (RJH)<br><br><br><br><br>**NOTICE OF MOTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Joel M. Silverstein dated April 8, 2008, and the Affirmation of Barry N. Saltzman previously submitted in Support of the Union's Motion for Judgment on the Pleadings and dated March 31, 2008 (Doc 30)**,** The Office for the Impartial Chairman ("OIC"), will move before the Honorable Richard J. Holwell, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for and order imposing sanctions upon plaintiffs and their counsel pursuant to Fed. R. Civ. P. 11, including, without limitation, requiring them to reimburse OIC for the attorneys' fees and litigation expenses it has reasonably incurred in defending against plaintiffs' claims and in prosecuting this motion.

Dated:  April 8, 2008

                                                                                       s/ Joel M. Silverstein
                                                                          Herbert J. Stern (HS3169)
                                                                          Joel M. Silverstein (JS5704)
                                                                          Stern & Kilcullen, LLC
                                                                          75 Livingston Avenue
                                                                          Roseland, New Jersey 07068
                                                                          (973) 535-1900

                                                                          *Counsel for Defendant OIC*

TO:    Gregory G. Calabro, Esq.
CALABRO & ASSOCIATES. P.C.
1412 Broadway, Suite 1504
New York, NY 10018
(646) 688-6095

*Counsel for Plaintiffs*

Barry Saltzman, Esq.
PITTA & DRIER LLP
499 Park Avenue, 15th Floor
New York, NY 10022
(212) 652-3890

*Counsel for Defendants Union
 & Peter Ward*