## CERTIFICATE OF SERVICE

I, Irene Kotlyarova, hereby certify as follows:

1. I am employed as a legal secretary by the law firm of Stern & Kilcullen, LLC, and am not a party to the above-captioned action.

2. I hereby certify that on April 8, 2008, true and correct copy of the foregoing Notice of Motion, Memorandum of Law, Declaration of Joel M. Silverstein in support of defendant OIC's Motion for Sanctions Pursuant to Fed.R.Civ.P.11 and this Certificate of Service were served via Federal Express to the following:

Gregory Calabro, Esq.
Calabro & Associates, P.C.
1412 Broadway
Suite 1504
New York, NY 10018

Barry N. Saltzman, Esq.
Pitta & Dreier, LLP
499 Park Avenue, 15th Floor
New York, NY 10022

I certify under penalty of perjury that the foregoing is true.

*Irene Kotlyarova*
Irene Kotlyarova

Dated: April 8, 2008