PITTA & DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 652-3890
*Attorneys for Defendants*
*New York Hotel and Motel Trades Council, AFL-CIO*
*and Peter Ward*

Barry N. Saltzman (BS 6533)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TRAN DINH TRUONG, individually and of :
Behalf of ALPHONSE HOTEL CORP. d/b/a :
HOTEL CARTER, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　　　　:
　　-against- : Case No. 1:07-Civ-11383 (RJH)
　　　　　　　　　　　　　　　　　　　　　:
NEW YORK HOTEL & MOTEL :
TRADES COUNCIL, AFL-CIO, and : **NOTICE OF MOTION**
THE OFFICE OF THE IMPARTIAL :
CHAIRMAN and PETER WARD, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants. :
　　　　　　　　　　　　　　　　　　　　　:
------------------------------X

　　　PLEASE TAKE NOTICE that, upon the accompanying Affirmation of Barry N. Saltzman, dated April 8, 2008, and the exhibits annexed thereto, the accompanying memorandum of law dated April 8, 2008, and all prior proceedings had heretofore herein, defendants, New York Hotel and Motel Trades Council, AFL-CIO and Peter Ward (collectively the "Union Defendants"), will move before the Honorable Richard J. Holwell, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for sanctions against motion for sanctions against plaintiffs Tran Dinh Truong and Alphonse Hotel Corp. d/b/a Hotel Carter ("Plaintiffs") and Calabro & Associates, P.C. ("Calabro") pursuant to

{00342135.DOC;}

Rule 11 of the Federal Rules of Civil Procedure ("FRCP") and 28 U.S.C. § 1927, and granting such further relief as the Court may deem just and proper.

Dated: New York New York
      April 8, 2008

Respectfully submitted,

PITTA & DREIER, LLP

By: _____
Barry N. Saltzman (BS 6533)
499 Park Avenue
New York, New York 10022
(212) 652-3890

Of Counsel:
    Vincent F. Pitta, Esq. (VP 1435 )
    Michael J. D'Angelo (MD 3030)

TO:    Gregory G. Calabro, Esq.
    CALABRO & ASSOCIATES. P.C.
    1412 Broadway, Suite 1504
    New York, NY 10018
    (646) 688-6095

    Herbert J. Stern (HS3169)
    Joel M. Silverstein (JS5704)
    Stern & Kilcullen, LLC
    75 Livingston Avenue
    Roseland, New Jersey 07068
    (973) 535-1900