## CERTIFICATE OF SERVICE

I, ALISHA RAEBURN, hereby certifies as follows:

1.  I am employed as a legal secretary by the law firm of Calabro & Associates, P.C., and am not a party to the above-captioned action.

2.  I hereby certify that on May 23, 2008, a true and correct copy of the foregoing Plaintiff's Memorandum of Law in Opposition to the Defendant The Office of the Impartial Chairman's ("OIC") Motion for Judgement on the Pleadings, the Affidavit of Tran Dinh Truong in Opposition to the OIC's Motion for Judgment on the Pleadings, the Affidavit of David M. Levy in Opposition to the OIC's Motion for Judgment on the Pleadings were served via ECF and Federal Express to the following:

> Joel M. Silverstein, Esq.
> Stern & Kilcullen, LLC
> 75 Livingston Avenue
> Roseland, New Jersey 07068
> (973) 535-1900
> *Counsel for Defendant OIC*
>
> Barry Salzman, Esq.
> Pitta & Drier, LLP
> 499 Park Avenue, 15th Floor
> New York, NY 10022
> (212) 652-3890
> *Counsel for Defendants Union*
> *and Peter Ward*

3.  I certify under the penalty of perjury that the foregoing is true.

/s/ Alisha Raeburn
ALISHA RAEBURN

Dated: May 23, 2008