## CERTIFICATE OF SERVICE

I, ALISHA RAEBURN, hereby certifies as follows:

1.I am employed as a legal secretary by the law firm of Calabro & Associates, P.C., and am not a party to the above-captioned action.

2.I hereby certify that on May 23, 2008, a true and correct copy of the foregoing Plaintiff's Memorandum of Law in Opposition to the Defendant The New York Hotel & Motel Trades Council, AFL-CIO and Defendant Peter War Motion for Sanctions Pursuant to FRCP Rule 11 was served via ECF and Federal Express to the following:

Joel M. Silverstein, Esq.
Stern & Kilcullen, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1900
*Counsel for Defendant OIC*

Barry Salzman, Esq.
Pitta & Drier, LLP
499 Park Avenue, 15th Floor
New York, NY 10022
(212) 652-3890
*Counsel for Defendants Union
and Peter Ward*

3.I certify under the penalty of perjury that the foregoing is true.

/s/ Alisha Raeburn
ALISHA RAEBURN

Dated: May 23, 2008