## <u>CERTIFICATE OF SERVICE</u>

I, ALISHA RAEBURN, hereby certifies as follows:

1.      I am employed as a legal secretary by the law firm of Calabro & Associates, P.C., and am not a party to the above-captioned action.

2.      I hereby certify that on May 23, 2008, a true and correct copy of the foregoing Plaintiff's Memorandum of Law in Opposition to the Defendant The Office of the Impartial Chairman's Motion for Sanctions Pursuant to FRCP Rule 11 was served via ECF and Federal Express to the following:

Joel M. Silverstein, Esq.
Stern & Kilcullen, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1900
*Counsel for Defendant OIC*

Barry Salzman, Esq.
Pitta & Drier, LLP
499 Park Avenue, 15th Floor
New York, NY 10022
(212) 652-3890
*Counsel for Defendants Union
and Peter Ward*

3.      I certify under the penalty of perjury that the foregoing is true.

/s/ Alisha Raeburn
ALISHA RAEBURN

Dated: May 23, 2008