PITTA & DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 652-3890
*Attorneys for Defendants*
*New York Hotel and Motel Trades Council, AFL-CIO*

Barry N. Saltzman (BS 6533)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

TRAN DINH TRUONG, individually and of
Behalf of ALPHONSE HOTEL CORP. d/b/a
HOTEL CARTER,

      Plaintiff,

-against-

NEW YORK HOTEL & MOTEL
TRADES COUNCIL, AFL-CIO, and
THE OFFICE OF THE IMPARTIAL
CHAIRMAN and PETER WARD,

      Defendants.
------------------------------:X

Case No. 1:07-Civ-11383 (RJH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         s.s.
COUNTY OF NEW YORK )

  Susan Gempler, being duly sworn, deposes and says:

  That deponent is not a party to this action, is over eighteen years of age and resides in Rutherford, New Jersey.

  That on the 6th day of June, 2008 deponent served by regular mail and email the within **REPLY MEMORANDUM OF LAW OF THE NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO IN FURTHER SUPPORT OF ITS MOTIONS FOR SANCTIONS and REPLY MEMORANDUM OF LAW OF THE NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO IN FURTHER SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** upon:

{00315743.DOC;4}

**Gregory G. Calabro, Esq.**
Attorneys for Plaintiffs
1412 Broadway, Suite 1504
New York, New York 10018

**Herbert J. Stern, Esq.
and Joel M. Silverstein, Esq.**
Attorneys for the Office of the Impartial Chairperson
Stern & Kilcullen, LLC
75 Livingston Avenue
Roseland, New Jersey 07068

_____
Susan Gempler

Sworn to before me this
6th day of June, 2008

_____
Notary Public

DEBORAH J. BOBB
NOTARY PUBLIC, State of New York
No. 02BO4955367
Qualified in Queens County
Commission Expires Aug. 28, 2009