UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

TRAN DINH TRUONG, et al.,

                Plaintiffs,

-against-

NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO, et al.,

                Defendants.

---

07 Civ. 11383 (RJH)

**ORDER**

       The parties are directed to appear for argument on defendants' pending motions in this matter on July 8, 2008, at 3:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       June 11, 2008

                                              Richard J. Holwell
                                              United States District Judge