AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District                DISTRICT OF                New York

**APPEARANCE**

Case Number: 07-Civ-11383

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Tran Dinh Truong, individually and on behalf of Alphonse Hotel Corp. d/b/a Hotel Carter

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/2/2008 | |
| Date | Signature |
| | Ricardo Vera                RV1976 |
| | Print Name                Bar Number |
| | 1412 Broadway, Suite 1504 |
| | Address |
| | New York        NY        10018 |
| | City        State        Zip Code |
| | (646) 688-6095        (646) 688-6096 |
| | Phone Number        Fax Number |