UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 7/14/08
```

TRAN DINH TRUONG, et al.,

                        Plaintiffs,

-against-

NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO, et al.,

                        Defendants.

07 Civ. 11383 (RJH)

**ORDER**

For the reasons stated on the record in the hearing held on July 8, 2008, defendants' motions for judgment on the pleadings [25, 29] are granted. The Court reserves judgment on defendants' motions for sanctions [33, 37]. The parties are directed to advise the Court in writing of the status of the parties' remaining claims by July 18, 2008.

SO ORDERED.

Dated: New York, New York
        July 8, 2008

                                                    Richard J. Holwell
                                                   United States District Judge